# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   1:25-CR-00126-SDN |
| | ) |
| JEFFERY FURLONG | ) |

### DEFENDANT'S RESPONSE TO PRE-SENTENCE REPORT

**NOW COMES** the Defendant, JEFFERY FURLONG, by and through his attorney, Chris A. Nielsen, Esq., and under U.S. District Court Loc. R.132, hereby respectfully presents his position on the Pre-Sentence Investigation Report prepared by U.S. Probation:

- The Defendant has no Objection.

Dated at Biddeford Maine this 29th day of December 2025.


/S/ Chris A. Nielsen
Chris A. Nielsen, Esq.
Attorney for Defendant


THE NIELSEN GROUP.
P.O. Box 351
Biddeford, Maine 04005-1871
(207) 571-8555

CERTIFICATE OF SERVICE

I, Chris A. Nielsen, Esq., hereby certify that the foregoing Defendant's Response to Pre-Sentencing Report has been electronically sent to Asst. U.S. Attorney Craig M. Wolff, for the Office of the United States Attorney on the 29th day of December 2025, through the court's ECF System, and to counsel of record.

/S/ Chris A. Nielsen
Chris A. Nielsen, Esq.
Attorney for Defendant

THE NIELSEN GROUP.
P.O. Box 351
Biddeford, Maine 04005-1871
(207) 571-8555