**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.                                          No. 1:25-cr-00126-SDN

JEFFERY FURLONG

## <u>FINAL ORDER OF FORFEITURE</u>

On September 5, 2025, the defendant, Jeffery Furlong, pleaded guilty to Count One of the Information charging violations 18 U.S.C. §§ 2252(a)(5)(B), 2256(8)(a), and 2252A(b)(2), and for which the United States sought forfeiture pursuant to 18 U.S.C. § 2253.

On September 5, 2025, the Court entered a Preliminary Order of Forfeiture ordering the defendant to forfeit to the United States:

      a.  an Apple iPhone 13 with IMEI 352408230076407; and

      b.  an Apple iPad with serial number GCTVRZ88HLFD

("the Property").

The Court found that the defendant had an interest in the Property, that the government had established the requisite nexus between such Property and the offense, and that the Property is subject to forfeiture.

Between September 9, 2025, and October 8, 2025, the United States caused notice to be published for thirty (30) consecutive days on the official government website www.forfeiture.gov, giving notice of its intent to seek forfeiture of the Property and to dispose of the Property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Property.

The time for third parties to petition the court has now expired and no timely claim or petition has been filed.

NOW THEREFORE, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Property is hereby FORFEITED to the United States to be disposed of according to law; and

IT IS FURTHER **ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED,

Dated: June 9, 2026

/s/ Stacey D. Neumann
U.S. District Judge

2