**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JEFFERY FURLONG | No. 1:25-cr-00126-SDN-1 |

## SATISFACTION OF JUDGMENT

The monetary Penalty(s) imposed in the above-captioned action on June 9, 2026, has/have been satisfied and paid in full.

Dated: October 22, 2026

Respectfully Submitted,

ANDREW B. BENSON
United States Attorney

*/s/ Joel B. Casey*
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Joel.Casey@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

ANDREW B. BENSON
United States Attorney

By: */s/ Maria C. Bida*
Paralegal Specialist on behalf of
Joel B. Casey
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Joel.Casey@usdoj.gov